UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIS C. PERRY, III,

    Plaintiff,

v.                                        CASE NO.: 6:18-cv-01424-Orl-31TBS

RICK SINGH, individually and personally,
and RICK SINGH in his professional
capacity as ORANGE COUNTY
PROPERTY APPRAISER,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Willis C. Perry, III, and Defendants, Rich Singh, individually and personally, and Rick Singh in his professional capacity as Orange County Property Appraiser (collectively the "Parties"), pursuant to Local Rule 3.08, hereby notify the Court that the Parties have settled this matter, for all claims and against all Defendants, and are in the process of entering into a Settlement Agreement.

The terms of the Settlement Agreement will include the submission to this Court of a Joint Stipulation for Dismissal with Prejudice. The Parties anticipate the Joint Stipulation should be filed on or before January 7, 2019.

AGREED, this 20th day of December, 2018.

/s/*Luis A. Cabassa*
**Luis A. Cabassa, ESQ.**
Florida Bar Number: 0053643
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602

/s/ *Jason A. Zimmerman*
**Susan T. Spradley**
Florida Bar No. 818712
Primary Email Address:
susan.spradley@gray-robinson.com
Secondary Email Address:

Direct Dial: (813) 379-2565
Main Number: 813-224-0431
Facsimile: 813-229-8712
E-Mail: lcabassa@wfclaw.com
E-Mail: twells@wfclaw.com
*Jaimon H. Perry, Esquire*
*Florida Bar No.: 0514020*
*THE PERRY LAW GROUP*
*37 North Orange Ave., Suite 500*
*Orlando, FL 32801*
*Telephone: (407) 323 -2121*
*Facsimile: 813-441-7444*
*Email: jperry@perrylawfla.com*

*Attorneys for Plaintiff*

chantal.mccoy@gray-robinson.com
stephanie.cross@gray-robinson.com
**Mayanne Downs**
Florida Bar No. 754900
Primary Email Address:
mayanne.downs@gray-robinson.com
Secondary Email Address:
kathy.savage@gray-robinson.com
**Jason A. Zimmerman**
Florida Bar No. 104392
Primary Email Address:
jason.zimmerman@gray-robinson.com
Secondary Email Address:
cindi.garner@gray-robinson.com
**Jeffrey M. Aaron**
Florida Bar No. 123473
Primary Email Address:
jeff.aaron@gray-robinson.com
Secondary Email Address:
donna.flynn@gray-robinson.com
**GrayRobinson, P.A.**
301 East Pine Street, Suite 1400 (32801)
P.O. Box 3068
Orlando, Florida 32802
Telephone:  (407) 843-8880
Facsimile:  (407) 244-5690

*Attorneys for Defendants*