UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIS C. PERRY, III,

    Plaintiff,

v.                                                          CASE NO.: 6:18-cv-01424-Orl-31TBS

RICK SINGH, individually and personally,
and RICK SINGH in his professional
capacity as ORANGE COUNTY
PROPERTY APPRAISER,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Willis C. Perry, III and Defendants, Rick Singh, individually and personally and in his professional capacity as Orange County Property Appraiser by and through their undersigned counsel, and pursuant to this Court's Order of Dismissal without Prejudice [Doc. 34], hereby stipulate to the dismissal of this matter in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a), and request the Court enter an order dismissing this matter with prejudice. Each party shall bear their own attorneys' fees and costs.

Respectfully submitted this 2nd day of January, 2018.

| | |
|---|---|
| /s/*Luis A. Cabassa* | */s/ Jason A. Zimmerman* |
| **Luis A. Cabassa, ESQ.** | **Susan T. Spradley** |
| Florida Bar Number: 0053643 | Florida Bar No. 818712 |
| **WENZEL FENTON CABASSA, P.A.** | Primary Email Address: |
| 1110 North Florida Avenue, Suite 300 | susan.spradley@gray-robinson.com |
| Tampa, Florida 33602 | Secondary Email Address: |
| Direct Dial: (813) 379-2565 | chantal.mccoy@gray-robinson.com |
| Main Number: 813-224-0431 | stephanie.cross@gray-robinson.com |
| Facsimile: 813-229-8712 | **Mayanne Downs** |
| E-Mail: lcabassa@wfclaw.com | Florida Bar No. 754900 |

| | |
|---|---|
| E-Mail: twells@wfclaw.com<br>***Jaimon H. Perry, Esquire***<br>*Florida Bar No.: 0514020*<br>***THE PERRY LAW GROUP***<br>*37 North Orange Ave., Suite 500*<br>*Orlando, FL 32801*<br>*Telephone: (407) 323 -2121*<br>*Facsimile: 813-441-7444*<br>*Email: jperry@perrylawfla.com*<br><br>*Attorneys for Plaintiff* | Primary Email Address:<br>mayanne.downs@gray-robinson.com<br>Secondary Email Address:<br>kathy.savage@gray-robinson.com<br>**Jason A. Zimmerman**<br>Florida Bar No. 104392<br>Primary Email Address:<br>jason.zimmerman@gray-robinson.com<br>Secondary Email Address:<br>cindi.garner@gray-robinson.com<br>**Jeffrey M. Aaron**<br>Florida Bar No. 123473<br>Primary Email Address:<br>jeff.aaron@gray-robinson.com<br>Secondary Email Address:<br>donna.flynn@gray-robinson.com<br>**GrayRobinson, P.A.**<br>301 East Pine Street, Suite 1400 (32801)<br>P.O. Box 3068<br>Orlando, Florida 32802<br>Telephone:  (407) 843-8880<br>Facsimile:  (407) 244-5690<br><br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 2, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will forward a true and correct copy of the foregoing via email to Luis A. Cabassa [lcabassa@wfclaw.com], [twells@wfclaw.com], Wenzel Fenton Cabassa, P.A., 110 N. Florida Avenue, Suite 300, Tampa, Florida 33602 and Jaimon H. Perry [jperry@perrylawfla.com], The Perry Law Group, 37 North Orange Avenue, Suite 500, Orlando, Florida 32801.

*/s/ Jason Zimmerman*
Jason Zimmerman
Florida Bar No. 104392